UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN FRANCISCO VEGA,

Plaintiff,

v. Case No. 2:26-cv-1459-KCD-NPM

JARAD ANDERSON,

Defendant.
___________________________________/

**ORDER**

Plaintiff Juan Franciso Vega, a civilly committed resident of the Florida Civil Commitment Center (FCCC), brought this action seeking relief under 42 U.S.C. § 1983 and the general habeas corpus statute, 28 U.S.C. § 2241. (Doc. 1.) His claims arise from being placed in restricted confinement at the FCCC, allegedly in violation of his rights under the Due Process Clause of the Fourteenth Amendment. On October 6, 2026, the Court entered an order requiring Vega to show cause within 21 days why the action is not due to be treated as seeking habeas relief and dismissed for failure to exhaust available state remedies. (Doc. 13.) On October 15, 2026, Vega filed what might be considered a response, captioned, "Motion to Dismiss as Moot." (Doc. 15.) He summarily states that his claim is moot because he has been released from restricted confinement.

Vega's motion (Doc. 15) is **GRANTED**. Accordingly, it hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The

Clerk is **DIRECTED** to enter judgment, term all pending motions, and close this case.

**ORDERED** in Fort Myers, Florida on November 13, 2026.

Kyle C. Dudek
United States District Judge